IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEX SEAWRIGHT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION NO. 2:07cv27-CSC |
| | ) (WO) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that this case be and is hereby REVERSED and that this case be and is hereby REMANDED to the Commissioner for further proceedings consistent with the opinion.

Done this 25th day of September, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE